IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**AVRAHAM MEYER EISENBERG**<br><br>Defendant | CRIM. NO.:  22-1583 (M) |

## MOTION REQUESTING HEARING TRANSCRIPT

**TO THE HONORABLE MAGISTRATE JUDGE BRUCE J. MCGIVERIN:**

**COMES NOW** defendant AVRAHAM MEYER EISENBERG, through his undersigned attorney, and very respectfully states and prays as follows:

1. The appearing party submitted a form in the captioned case requesting the transcript of the Bail Hearing, held on 12/30/2022, before Hon. Judge Bruce J. McGiverin.

2. In compliance with Standing Order of March 26, 2020, by Hon. Judge Gustavo A. Gelpí, we request hereby the Court's approval of said transcript.  Discosure of the transcript of the Bail Hearing will not implicate any of the concerns that motivate the Standing Order.

**WHEREFORE**, the undersigned very respectfully requests that this Honorable Court take note of the above and approve providing the transcript of the Bail Hearing, held on 12/30/2022, to the undersigned.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 10th day of January, 2023.

**I HEREBY CERTIFY** that on January 10th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsels of record.

S/Manuel San Juan
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.: (787) 723-6637 / (787) 723-6669
Fax:  (787) 725-2932
E-mail: sanjuanm@microjuris.com
