IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIM. No.: 3:22-mj-01583-BJM |
| - against - | |
| AVRAHAM MEYER EISENBERG, | |
| Defendant. | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

    Undersigned counsel for Interested Party BLOOMBERG, L.P., hereby enters her appearance and very respectfully requests that all motions, papers, pleadings and orders be served upon her at her address of record, which appears below.

    WHEREFORE, undersigned counsel for Interested Party BLOOMBERG, L.P., very respectfully requests from this Honorable Court to take notice of the above and serve her accordingly.

Respectfully submitted in San Juan, Puerto Rico, this 13th of April 2023.

    It is hereby certified that on this same date, the undersigned electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**McCONNELL VALDÉS LLC**
Attorneys for Bloomberg L.P.
270 Muñoz Rivera Ave.
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225

Tel. (787) 250-5810
Fax. (787) 759-8282

*s/Victoria M. Rivera Llorens*
Victoria M. Rivera Llorens
USDC-PR No. 307808
vrll@mcvpr.com